APPEAL No. 74-265. LOUIS RENDINE *d.b.a.* RENDINE AUTO BODY *v.* SALVATORE CARNEVALE *et ux.* Motion of appellee, Louis Rendine d.b.a. Rendine Auto Body, to dismiss the appeal as being interlocutory is granted. *Robert K. Argentieri, Harold S. Moskol,* for appellee. *Howard K. Simmons,* for appellants.

APPEAL No. 75-33. LEROY W. ARMSTRONG *v.* VIRGINIA D. ARMSTRONG. Motion of appellee, Virginia D. Armstrong, to advance for early argument is granted. The matter assigned to the calendar for May 5, 1975 for oral argument. *James P. Flynn,* for appellant. *Abedon, Stanzler, Biener, Skolnik & Lipsey, Milton Stanzler,* for appellee.

February 21, 1975.

APPEAL No. 75-21. ALEXANDRO G. MORELLI, SR. *et al. v.* MARK M. MANOOGIAN, SR. *et al.* Defendants having appealed from the ruling of the Superior Court denying their motion to dismiss said action on the ground service of process had not been made within a reasonable time, and the court's granting of plaintiffs' motion for leave to Serve Process out of Time, are hereby ordered to Show Cause why the appeal should not be dismissed in accordance with *Eidam* v. *Eidam,* 108 R. I. 673, 279 A.2d 413 (1971); *Sarni* v. *Meloccaro,* 110 R. I. 566, 294 A.2d 844 (1972). Defendants have twenty days from the date of this order to submit a memorandum in support of their appeal. *S. Thomas Cotroneo,* for plaintiffs. *Swan, Keeney, Jenckes & Asquith, Edward W. Moses,* for defendants.